IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARTIN SEBASTIAN MARTINEZ, *doing business as* Cosmo Universal Art, Plaintiff, | § § § § | |
| v. | § | 3:10-CV-2127-B (BK) |
| ENRIQUE MORALES, et al., Defendants. | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** Plaintiff's motion to proceed *in forma pauperis* as moot.

SO ORDERED this 30th day of December, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE